```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-27-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-                              21-CR-673 (ALC)

KEVIN CROSBY,                      **ORDER**

                    Defendant.

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A Change of Plea hearing is scheduled for **September 29, 2022** at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            September 27, 2022

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**